WILLIAM GLEASON, *Appellant, v.* CALVIN H. BELL, *Respondent.* — Judgment reversed, new trial granted, referee discharged, costs to

abide event. Opinion by BOARDMAN, J., and by LEARNED, P. J., dissenting.